United States District Court
Northern District of New York

_____

Joy Prue,

                Plaintiff,

      against                                          1:13-CV-1280 (FJS-CFH)

Hudson Falls Post No. 574, Inc.,
 American Legion, Department of New York, , Inc,          Declaration
and Chris Fontaine,
                      Defendants

_____

We, the undersigned, declare under penalty of perjury:

    We are war veterans and a members of Hudson Falls Post 574, Inc., American Legion, Department of New York (the "Post"). We have personal knowledge of the facts set forth herein.

    During the time she served as House Manager of the post we frequently saw Joy Prue conducting non-Legion business (tutoring students or running a travel agency) from the Post while it was open.

3-30-14
Date

3-30-14
Date

3-31-14
Date

_Daniel Nolin_
Signature

Daniel NoliN
Print Name

_[signature]_
Signature

Joseph Clement
Print Name

_[signature] Basil F. Toward_
Signature

Basil F. Toward Jr.
Print Name

| | |
|---|---|
| 4/1/2014 <br> Date | Mary E Gebo <br> Signature <br> Mary E. Gebo <br> Print Name |
| 4/1/2014 <br> Date | Dolores Nolin <br> Signature <br> Dolores Nolin <br> Print Name |
| _____ <br> Date | Robert Cheeney Sr. <br> Signature <br> Robert Cheeney Sr. <br> Print Name |
| 4/2/2014 | Heidi Gale  (Heidi Gale) |
| 4/2/2014 | Nicole Cole  (Nicole Cole) |