# NOVEMBER 2011

**21 MONDAY**
AARP 11AM
UNION 6PM

**22 TUESDAY**
Donation Committee 7pm

**23 WEDNESDAY**
6½
Dan
6

**24 THURSDAY** — Thanksgiving Day
Closed

**25 FRIDAY**
Gus - Family Reunion
WSB H) 1-5P
Colvin Electric HQ
5-11P WSB

**26 SATURDAY**

**27 SUNDAY**
11
Bill[?]
6½
(PAID)
w/e 6½

NOTES
10½
Bill

# NOVEMBER/DECEMBER 2011

**28 MONDAY**

**29 TUESDAY**

**30 WEDNESDAY**

7
Bill

11½
Dan

**01 THURSDAY**

RIDERS MTNG 1P

**02 FRIDAY**

**03 SATURDAY**

TREE of FLIGHT
MEMORIAL SERVICE
2-6P

BDAY PARTY H3
(PAUL) (Tom)
6-10PM

10 5
Bill/Ned

15
Bill/Ned

7-11
RGLB Westenders

**04 SUNDAY**

AUX CHILDRENS
XMAS PARTY 1-3

BAR meeting 11

**NOTES**

WE      67½

6
Dan

9½
Dan

8
Bill

# DECEMBER 2011

**05 MONDAY**
House Mtng 6P
8

**06 TUESDAY**
Aux meeting 6P
Potluck
10½   6

**07 WEDNESDAY** — Pearl Harbor Remembrance Day
PEARL HARBOR
REMEMBRANCE
DAY

**08 THURSDAY**
BREAKFAST
10½   6   0

**09 FRIDAY**
Cortese Party #1
(2-6P) (Tom)
11:00 AM
Army/Navy Game
Chili Cook-off

**10 SATURDAY**
Herrington w/ SB — 9P
14
PAUL

**11 SUNDAY**
W/E   SS

**NOTES**
10.5
14
Paul

## DECEMBER 2011

**12 MONDAY**

**13 TUESDAY**
Blood Drive 12-6

**14 WEDNESDAY**
10/12    8
Color Guard of E Board 7p

**15 THURSDAY**

**16 FRIDAY**
Xmas Party 7p -
Pot Luck -
Toy for Tots
Dec Bd Party

**17 SATURDAY**
15/12
Rich Guy Live 8-12

**18 SUNDAY**
6
NE Assoc of
Country West Entertainers
1-6 (CH)
10/12
Barlow H2 4-8p
WSB

**NOTES**
W/E 6-9/12

8   4   8

# DECEMBER 2011

**19 MONDAY** — 10½   8

**20 TUESDAY** (Hanukkah Begins at Sundown) — UNION PARTY (H) (Tom) 6-9 PM   Sat Mtg 7P

**21 WEDNESDAY** — 10   6   Gen Mtg 7PM

**22 THURSDAY** (Winter Solstice) — 10   6

**23 FRIDAY** — 13½   9½

**24 SATURDAY** (Christmas Eve) — OTB Bend 8-12

**25 SUNDAY** (Christmas Day) — Closed

**NOTES** — 58

# DECEMBER / JANUARY

**2011-2012**

**26 MONDAY**
Boxing Day (Canada)
Kwanzaa Begins

**27 TUESDAY**

Merlow 142 5-9p
WSB

**28 WEDNESDAY**

12½

**29 THURSDAY**

11½

**30 FRIDAY**

**31 SATURDAY**
New Year's Eve

New Years Eve
Party
Pot Luck

**01 SUNDAY**
New Year's Day
Kwanzaa Ends

10½

15
Paid

**NOTES**
w/e 1/1

8

8/2

6

# JANUARY 2012

**02 MONDAY**

8

**03 TUESDAY**

**04 WEDNESDAY**
12

**05 THURSDAY**
10 Aux mtng

**06 FRIDAY**
8

**07 SATURDAY**
Woodcock #1 2-6
Retirement Party

**08 SUNDAY**
6
Breakfast 8-11
Bar Meeting 11AM

**NOTES**
w/e 1/8    62

4